# Emergency 2241 Motion

Marcus Smith

  v.

T. Rule

FILED
12/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-00568-JMS-MJD

RE: I have been locked up since 07-07-2021 for a drug charge (case #20-cr-41(1)). I been earning time credits (ETC) towards my release due to the First Step Act (FSA). So therefore i been earning 10 days a month, but have not been getting them applied towards my sentence at all. As of right now, I have earned 260 days and counting. The Warden (T. Rule) have been denying the earned days to be applied towards my sentence (REC. DATE 9-08-2026) due to me not having low or minimum recidivism points. However, in the First Step Act (FSA) it doesn't state that you can't apply the (ETC) days if your not a low or minimum recidivism. It states, "If your a High or Medium Recidivism you can earn 10 days per month, and if your a low or minimum you can earn 15 days per month. I am just asking for my (ETC) to be applied to my sentence, because the Warden (T. Rule) isn't applying no ETC to High or Medium Recidivism yet i've been completing the programs that's available to lower my Recidivism, while waiting on the next available programs

ATTACHED:
FSA Time Credit Assessment

Respectfully Submitted
Marcus M. Smith
#05821-old